OPINION — AG — **** CHARITABLE CORPORATION-SOLICITATION OF FUNDS **** IF THE OKLAHOMA EQUAL OPPORTUNITY ASSOCIATION CLAIMS TO BE EXEMPT UNDER 18 O.S. 1961 552.4 [18-552.4](3), OR IN THE EVENT A FINAL DETERMINATION OF SAME IS MADE, ALL SOLICITATION OF CONTRIBUTIONS BY SAID ASSOCIATION MUST BE CONFINED TO THEIR MEMBERSHIP AND THE SOLICITATION MUST BE MANAGED BY THEIR MEMBERSHIP WITHOUT PAID SOLICITORS. CITE: 18 O.S. 1961 552.1 [18-552.1] DON TIMBERLAKE